UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-mj-183 |
| | ) | |
| MUHAMET DEMAJ, | ) | |

**<u>NOTICE OF APPEARANCE</u>**

NOW COMES, the undersigned attorney Robert W. Katims, and hereby enters his appearance on behalf of the Defendant, Muhamet Demaj.

DATED at Burlington, Vermont this 6th day of January, 2023.

By: */s/ Robert Katims*
Robert W. Katims, Esq.
Hoffa Curtis
60 Main Street
Burlington, VT  05401
(802) 864-6400
rkatims@hoffcurtis.com