UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.    2:22-mj-183 |
| | ) | |
| | ) | |
| MUHAMET DEMAJ | ) | |

### UNOPPOSED MOTION TO CONTINUE

NOW COMES, the undersigned attorney Robert W. Katims, and hereby respectfully requests, that this Court continue the Preliminary Hearing now set for January 10, 2023. Defendant so moves with the consent of the Government.   In support of this motion, Defendant states the following:

1.  This matter is now set for an in person preliminary hearing on January 10, 2023.

2.  Defendant resides in the New York City area, thus travel to Vermont will be burdensome.

3.  The Government indicates that an indictment may be forthcoming within a week or so.

4.  The Government does not object to this motion.

5.  Defendant consents, pursuant to F.R.Cr.P. 5.1(d) to a reasonable extension of time.

.

DATED at Burlington, Vermont this 5th day of January, 2022.

By:  __/s/*Robert Katims*____
Robert W. Katims, Esq.
Hoff Curtis
60 Main Street
Burlington, VT  05401
(802) 864-6400
rkatims@hoffcurtis.com