PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the District of Vermont

2023 JAN -6 PM 3: 23

CLERK

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

BY____AL____
DEPUTY CLERK

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Vermont
P.O. Box 432
Burlington, VT 05402

| | |
|---|---|
| **X Original Notice** | ☐ **Notice of Disposition** |
| Date: 1/6/2023 | Date: Enter Disposition Date. |
| By: USPO Ethan Clifford | By: Enter Who Submitted Notice. |

| | | | |
|---|---|---|---|
| Defendant: | Muhamet Demaj | Case Number: | 2:22-mj-183-kjd |
| Date of Birth: | REDACTED 1978 | Place of Birth: | Albania |
| SSN: | REDACTED | | |

**Notice of Court Order** (Order Date: __12/20/2022__)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court