PS 40A (Rev. 01/10) Notice Regarding Foreign Passport for Criminal Defendant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the District of Vermont

2023 JAN -6 PM 3: 23

CLERK
BY AL

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement – DRO
10 New England Executive Park
Burlington, MA 01803

**FROM:** United States District Court
District of Vermont
P.O. Box 432
Burlington, VT 05402

**Date:** 1/6/2023

**By** Kevin J. Doyle, U.S. Magistrate Judge

| | |
|---|---|
| **Defendant:** Muhamet Demaj | **Case Number:** 2:22-00183M |
| **Date of Birth:** REDACTED 1978 | **Place of Birth:** Albania |
| **SSN:** REDACTED | **Alien ("A") Number:** |

**Notice of Court Order** (Order Date: 12/20/2022 )

The above-named defendant surrendered Passport Number _____ (Issuing Country _____ ) to the custody of the U.S. District Court on _____ .

## NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court