NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                              Case No.  2:22-mj-183-1

Muhamet Demaj

TAKE NOTICE that the above-entitled case is scheduled for Thursday, January 19, 2023 at 2:00 p.m. before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment **via video conference**.

Location:  by video                      JEFFREY S. EATON, Clerk
By: */s/ H. Beth Cota*
Deputy Clerk
1/11/2023

TO:

Matthew J. Lasher, AUSA

Robert W. Katims, Esq.